UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DASHONE MARCEL REYNOLDS #2506344** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1009** |
| **CRIMINAL DISTRICT COURT ORLEANS PARISH, ET AL.** | **SECTION: "T"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Orleans Parish Criminal District Court and Judge Jonathan Friedman in his official capacity are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that plaintiff's claims against Judge Jonathan Friedman in his individual capacity and Assistant District Attorney Sarah Dawkins are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 22nd day of September, 2022.

_____
**UNITED STATES DISTRICT JUDGE**